## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEBRASKA
## OMAHA DIVISION

| | |
|---|---|
| BILLY HEARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 8:10-CV-00224-FG3 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; TYCO INTERNATIONAL (US), INC. GROUP LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

SO ORDERED this 10th day of November, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF JUDGE, U.S. DISTRICT COURT

Distribution:

Jennifer Kalas: jkalas@hinshawlaw.com
Thornton Davidson: Thornton@erisalg.com
Duncan Young: dyoung@youngandwhite.com
Daniel K. Ryan: dryan@hinshawlaw.com